JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANISHA JOHNSON, individually and as Successor-in-Interest to the ESTATE OF DEWITT DARREN JOHNSON,<br><br>                         Plaintiff,<br><br>          v.<br><br>COUNTY OF LOS ANGELES, and DOES 1-10, inclusive,<br><br>                         Defendants. | Case No. 2:22-cv-04968-SPG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL [ECF NO. 66]** |

On June 17, 2024, Plaintiff filed a request for voluntary dismissal.  (ECF No. 66). Based upon the Plaintiff's request, and pursuant to Federal Rule of Civil Procedure 41(a)(2), this Court hereby dismisses the action without prejudice.


IT IS SO ORDERED.


Dated: June 20, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE